# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARK VERBA, | NO. CV 14-5679-AS |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. WOFFORD, Warden, | |
| Respondent. | |

Pursuant to the "Opinion and Order on a Writ of Habeas Corpus,"

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: January 11, 2016.

/S/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE